## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF VIRGINIA
### Norfolk Division

In re:

WAYNE ELLIOTT SCRUGGS                       Case No. 09-72269-SCS
ANGELA SCRUGGS,                             Chapter 7

               Debtors.

### REPORT OF DEPOSIT OF SMALL DIVIDENDS

Pursuant to Federal Rule of Bankruptcy Procedure 3010 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing small dividends to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The small dividends represent the dividend(s) due and payable to:

| Creditor's Name and Address | Amount of Dividend |
|---|---|
| Recovery Management Systems Corporation<br>for Capital Recovery III, LLC<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131 | $1.66 |
| BB&T Bankruptcy<br>PO Box 1847<br>Wilson, NC 27894-1847 | $2.09 |
| PRA Receivables Management, LLC<br>as Agent of Portfolio Recovery Assocs.<br>PO Box 41067<br>Norfolk, VA 23541 | $1.10 |
| **TOTAL** | **$4.85** |

Dated: October 26, 2011                 /s/ Charles L. Marcus
                                             Charles L. Marcus, Trustee
                                             VSB #7020
                                             580 East Main Street, Suite 300
                                             Chesapeake, VA 23320
                                             (757) 622-9005

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing Report of Deposit of Small Dividends was electronically transmitted by the Court's ECF System on October 26, 2011 to: Office of the US Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA 23510.

                                              /s/ Charles L. Marcus
                                              Charles L. Marcus, Trustee